JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCES LORRAINE INMAN HERNANDEZ,<br><br>            Plaintiff,<br><br>      vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:19-cv-01298-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 03/22/2020 to 04/21/2020, for Plaintiff to serve on defendant with Plaintiff's confidential letter brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  The week of 03/15/2020, Plaintiff's Counsel had 10 administrative hearings, two hearing preparation appointments with claimants, five letter briefs, one merit brief and one reply brief due. The week of 03/22/2020, Plaintiff's Counsel had seven administrative hearings, 10 hearing preparation appointments with claimants, seven letter briefs, one reply brief and two opening briefs due.   Each of the administrative hearings also requires administrative hearing briefs with a full summary of the medical records and legal arguments.

1

1    Additionally, due to the ongoing pandemic with COVID 19 and the various executive

2  orders throughout Fresno County and now the State of California, along with the

3  recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.

4  The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to

5  continue the normal day-to-day tasks involved in developing cases and the requirements of the

6  five-day rule related to submission of evidence to the Administrative Law Judge which is

7  imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a

8  significantly reduced level of support.  As a result, Plaintiff's Counsel requires additional time to

9  brief this matter.

10    Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant

11  and Court for any inconvenience this may cause.

12

13                              Respectfully submitted,

14  Dated: March 20, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

15                          By: */s/ Jonathan Omar Pena*
                                JONATHAN OMAR PENA
16                              Attorneys for Plaintiff

17  Dated: March 20, 2020          MCGREGOR W. SCOTT
18                              United States Attorney
                                DEBORAH LEE STACHEL
19                              Regional Chief Counsel, Region IX
20                              Social Security Administration

21                          By:  */s/ Asim Modi
                                Asim Modi
22                              Special Assistant United States Attorney
23                              Attorneys for Defendant
                                (*As authorized by email on 03/20/2020)
24

25  IT IS SO ORDERED.
26

27     Dated:   **March 20, 2020**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE
28